# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREXECOM, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GUANGZHOU HAOQIANYA TRADING CO., LTD. et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 19-cv-2215-MMA (BLM)<br><br>**ORDER RE DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m)** |

On November 20, 2019, Plaintiff Trexecom, Inc. filed a civil complaint against Defendants Guangzhou Haoqianya Trading Co., LTD and Linchao Wei. *See* Doc. No. 1. On November 17, 2020, the Court issued an order requiring Plaintiff to show cause why the complaint should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve either of the defendants named in the complaint or to further prosecute this action. *See* Doc. No. 3. Plaintiff has not responded to the Court's order to show cause and the time for doing so has expired. Based on Plaintiff's failure to effectuate service on Defendants in a timely manner or to otherwise prosecute this action, the Court **DISMISSES** this action without prejudice. The Court further **DIRECTS** the Clerk of Court to enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: December 16, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge